# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 6, 2021

162048

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

MARIA ISABEL HERNANSAIZ, Personal
Representative of the ESTATE OF JOSE R.
HERNANSAIZ,
          Plaintiff-Appellee,

v

MARCO M. BISBIKIS,
          Defendant/Cross-Defendant-
          Appellant,

and

JOHN ALEXANDER,
          Defendant/Cross-Plaintiff-
          Appellee.

SC:  162048
COA:  348729
Wayne PC:  2018-841375-CZ

_____/

On order of the Court, the application for leave to appeal the August 13, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 6, 2021

b0628



Clerk